```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 07085
    EUGENE E VOSE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-7940


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/25/2008 and was not confirmed.

     The case was dismissed without confirmation 09/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER      369.64           .00           .00
AMERICASH LOANS           UNSEC W/INTER      680.46           .00           .00
AMERICASH LOANS           UNSEC W/INTER  NOT FILED            .00           .00
ARROW FINANCIAL SERVICES  UNSEC W/INTER  NOT FILED            .00           .00
LVNV FUNDING LLC          UNSEC W/INTER    11016.58           .00           .00
FIRST NATIONAL BANK       UNSEC W/INTER  NOT FILED            .00           .00
HSBC NV                   UNSEC W/INTER  NOT FILED            .00           .00
LOAN EXPRESS CO           UNSEC W/INTER      475.00           .00           .00
NATIONAL QUICK CASH       UNSEC W/INTER  NOT FILED            .00           .00
NATIONAL QUICK CASH       UNSEC W/INTER  NOT FILED            .00           .00
SURETY FINANCE            UNSEC W/INTER      428.47           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     9892.23           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     1332.00           .00           .00
RUTH A VOSE               NOTICE ONLY    NOT FILED            .00           .00
A J SMITH FEDERAL SAVING  CURRENT MORTG       .00             .00           .00
A J SMITH FEDERAL SAVING  SECURED NOT I       .00             .00           .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER     2415.03           .00           .00
WELLS FARGO FINANCIAL IL  SECURED           1000.00           .00        125.01
HSBC BANK NEVADA NA       UNSEC W/INTER      407.53           .00           .00
FELD & KORRUB LLC         DEBTOR ATTY       3,000.00                     827.19
TOM VAUGHN                TRUSTEE                                         82.80
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            1,035.00

PRIORITY                                       .00
SECURED                                     125.01
UNSECURED                                      .00
ADMINISTRATIVE                              827.19
TRUSTEE COMPENSATION                         82.80
DEBTOR REFUND                                  .00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 07085 EUGENE E VOSE
```

```
                           ---------------     ---------------
TOTALS                            1,035.00            1,035.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
     Dated: 12/22/08           _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```